IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY_____ D.C.

05 JUN -9 AM 11: 48

Robert R. Di Trolio
CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

One 2000 Yamaha Big Bear 4-Wheeler,
VIN 0133576 with all Appurtenances and
Attachments Thereon, et al,

        Defendants.

Civil No. 04-2199-Ma

---

### ORDER GRANTING STAY OF PROCEEDINGS
### PENDING THE OUTCOME OF RELATED CRIMINAL CASE

---

Before the Court is the government's motion to stay proceedings in the above-styled case pending the outcome of the related criminal case of United States v. Charles Price, Elishah Moody, et al, No. 05-20177-Ma in the Western District of Tennessee. The Court finds that good cause appears for the stay requested by the government pursuant to 18 U.S.C. § 981(g) in that it is probable that proceeding with civil discovery in this case will adversely affect the ability of the government to prosecute the related criminal case.

IT IS HEREBY ORDERED that the above-styled case is STAYED until United States v. Price, Moody, et al has been disposed of at the district court level by way of the entry of judgment, or until this Order is modified by further orders of the Court, except that the government shall answer any interrogatories already propounded by Claimant prior to the entry of this Order.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-13-05

24

IT IS FURTHER ORDERED that plaintiff shall notify the Court of the judgment no later than fourteen (14) days following its entry.

This 8 day of June, 2005.

~~SAMUEL H. MAYS, JR.~~ Tu M. Pham
United States ~~District~~ Judge
Magistrate

APPROVED:

TERRELL L. HARRIS
United States Attorney

By: _____
Christopher E. Cotten
Assistant United States Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:04-CV-02199 was distributed by fax, mail, or direct printing on June 13, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT