IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⸺ D.C.
05 JUN 10 PM 4: 06
ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                          NO. 04-2199-Ma

ONE 2000 YAMAHA BIG BEAR 4-WHEELER,
VIN 0133576 WITH ALL APPURTENANCES
AND ATTACHMENTS THEREON, ET AL.,

    Defendants.

## ORDER STAYING PROCEEDINGS

Before the court is the June 8, 2005, unopposed motion of plaintiff for a stay of this proceeding pending resolution of a related criminal case. Counsel for defendants does not oppose the motion. For good cause shown, the motion is granted. This case is stayed pending the resolution of related criminal case no. 2:05cr20177-Ma, <u>USA v. Charles Price, Elishah Moody, et al</u>, pending in the Western District of Tennessee.

It is so ORDERED this 10 day of June, 2005.

                                        SAMUEL H. MAYS, JR.
                                        UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-14-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02199 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02199 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT